UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | | |
|---|---|---|
| SAMANTHA LIEDTKE, | § § § | |
| *Plaintiff*, | § | Case No.: 1:23-cv-00803-RP |
| v. | § § | |
| CITY OF AUSTIN, | § § | |
| *Defendant.* | § § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to the Court's December 7, 2023, Scheduling Order (Dkt. 9) and Local Rule CV-88, Plaintiff Samantha Liedtke and Defendant the City of Austin (collectively the "Parties") file this Joint Report on Alternative Dispute Resolution.

On December 14, 2023, counsel for the Parties conferred and agreed in principle that the case would be suitable for non-binding mediation to be completed no later than 60 days before the date of the trial setting. The case is still in its early stages and the Parties have not yet exchanged settlement offers or discovery, so the Parties agree that it is premature to select a mediator or date for mediation at this time. The Parties will exchange settlement offers under Paragraph 2 of the Scheduling Order and conduct initial discovery and revisit the selection of a mediator and mediation date at an appropriate time.

Respectfully Submitted,

*/s/ Holt M. Lackey*_____
Rebecca Webber
Texas Bar No. 24060805
rebecca@rebweblaw.com
**Webber Law**
4228 Threadgill Street
Austin, Texas 78723
Telephone: (512) 537-8833

1

Holt M. Lackey
Texas Bar No. 24047763
holt@holtmajorlackey.com
**Holt Major Lackey, PLLC**
111 W. Anderson Ln., Ste. D-211
Austin, Texas 78752
Telephone: (512) 949-9598

**ATTORNEYS FOR PLAINTIFF**

*/s/ Sara Schaefer*_____
Christine E. Reinhard
Texas Bar No. 24013389
creinhard@sr-llp.com
SCHMOYER REINHARD LLP
8000 IH 10 West, Suite 400
San Antonio, TX 78230
Phone:(210) 447-8033
Fax:(210) 447-8036

Sara Schaefer
Assistant City Attorney
Texas Bar No. 24086598
sara.schaefer@austintexas.gov
CITY OF AUSTIN—LAW DEPARTMENT
Post Office Box 1546
Austin, Texas 78767-1546
PH: (512) 974-1536
FX: (512) 974-1311

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Holt M. Lackey*_____
Holt M. Lackey