# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SAMANTHA LIEDTKE,<br>*Plaintiff* | §<br>§ | |
| v. | § | Civil No. 1:23-cv-00803-RP |
| | § | |
| THE CITY OF AUSTIN,<br>*Defendant* | §<br>§ | |

## ORDER

Now before the Court are Plaintiff's Motion to Compel Discovery Responses from the City of Austin, filed September 24, 2024 (Dkt. 25), and the associated response and reply briefs, joint notice, and joint advisories.[1] On this date, the Court held a hearing on Plaintiff's Motion at which both parties were represented by counsel.

Through extensive efforts, for which the Court once again commends counsel, the parties resolved nearly all issues raised in Plaintiff's Motion. As stated from the bench during the hearing, the Court **GRANTS IN PART** Plaintiff's Motion to Compel Discovery Responses from the City of Austin ("City") (Dkt. 25) and enters the following order concerning the final two categories of disputed documents identified in the parties' Joint Advisory filed December 20, 2024 (Dkt. 33):

> **Category I:** The City agrees to produce all EEOC charges, summary investigation reports, and/or official complaint forms concerning sex and gender discrimination made by Austin Police Department ("APD") sworn personnel from 2019 through 2021.
>
> **Category II:** The City agrees to produce all official investigations, complaints, or instances of discipline of APD patrol officers found to have allowed a firearm into their patrol vehicle from 2019 through 2021.

All other relief not explicitly granted herein is **DENIED**.

---

[1] By Text Order entered October 2, 2024, the District Court referred Plaintiff's motion to compel to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS FURTHER ORDERED** that the Clerk shall remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable Robert Pitman.

**SIGNED** on January 27, 2025.

                                                  SUSAN HIGHTOWER
                                                  UNITED STATES MAGISTRATE JUDGE